

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-27-2008

# Omer Masse v. APA Transp Corp

Precedential or Non-Precedential: Precedential

Docket No. 07-1050

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"Omer Masse v. APA Transp Corp" (2008). *2008 Decisions.* Paper 278.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/278

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

Nos. 07-1050, 07-1051, 07-1052

———————

IN RE: APA TRANSPORT CORP. CONSOLIDATED
LITIGATION

TEAMSTERS LOCAL UNION NO. 560,
Appellant No. 07-1050

———————

IN RE: APA TRANSPORT CORP. CONSOLIDATED
LITIGATION

BRIAN CAMPBELL; JOHN CRONIN JR.;
ANDREW IMPERATORE; OMER MASSE;
GARY PEGORARO; DEBORAH TETRO;
and RICHARD YURCISIN,
Appellants No. 07-1051

———————

IN RE: APA TRANSPORT CORP. CONSOLIDATED
LITIGATION

TEAMSTERS PENSION TRUST FUND
OF PHILADELPHIA AND VICINITY;
TEAMSTERS HEALTH AND
WELFARE FUND OF PHILADELPHIA
AND VICINITY; and TEAMSTERS
LOCAL NO. 470,
Appellants No. 07-1052

———————

On Appeal from the United States District Court
for the District of New Jersey
Honorable Garrett E. Brown, Jr.
(Civ. A. No. 02-CV-3480)

_____

Argued March 11, 2008

_____

Before: FUENTES, CHAGARES and ALDISERT, <u>Circuit Judges.</u>

(Opinion Filed August 29, 2008)

_____

David Grossman
Cohen, Leder, Montalbano & Grossman
1700 Galloping Hill Road
Kenilworth, NJ  07033
*Counsel for Appellant*
*Teamsters Local Union No. 560*

John C. Lankenau
Lankenau & Miller
Suite 10A
20 West 86th Street
New York, NY 10024
*Counsel for Appellants*
*Brian Campbell; John Cronin Jr.; Andrew Imperatore; Omer Masse; Gary Pegoraro; Deborah Tetro; and Richard Yurcisin*

Paul A. Friedman                    **[ARGUED]**
Blank Rome
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
*Counsel for Appellants*
*Teamsters Local Union No. 470; Teamsters Pension Trust Fund of Philadelphia  and Vicinity; Teamsters Health and Welfare Fund of Philadelphia and Vicinity*

Keith R. McMurdy                    **[ARGUED]**
Fox Rothschild

100 Park Avenue
Suite 1500
New York, NY 10017
*Counsel for Appellees*
*APA Truck Leasing, APA Transport Corp.*

Shea H. Lukacsko
Fox Rothschild
75 Eisenhower Parkway
Roseland, NJ 07068
*Counsel for Appellees*
*APA Truck Leasing, APA Transport Corp.*

---

ORDER AMENDING OPINION

---

FUENTES, <u>Circuit Judge</u>.

IT IS NOW ORDERED that on Page 9, the two sentences in the first paragraph beginning with "One set of plaintiffs was comprised of..." and ending with "who alleged violations of the WARN Act and ERISA" be replaced with the following:

> One set of plaintiffs was comprised of two ERISA funds, the Teamsters Pension Trust Fund of Philadelphia and Vicinity and the Teamsters Health and Welfare Fund of Philadelphia and Vicinity ("Plaintiff Funds"), which together with Teamsters Local 470 ("Employee Plaintiffs"), alleged violations of the WARN Act and ERISA. A second set of plaintiffs was comprised of a class of non-union employees and Local 560 (also "Employee Plaintiffs") who alleged violations of the WARN Act and ERISA.

3

By the Court,


/s/ Julio M. Fuentes
Circuit Judge


Dated: October 27, 2008